1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ADAMS

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            )
                                        )   No. CR 09-00165 SBA
11                  Plaintiff,          )
                                        )   **AMENDED** ORDER CONTINUING
12     v.                               )   CHANGE OF PLEA & SENTENCING;
                                        )   EXCLUSION OF TIME
13                                      )
                                        )
14 HENRY DESEAN ADAMS ,                 )
                                        )
15                  Defendant.          )

16                              **ORDER**

17

18     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and

19 sentencing in this matter is continued from October 6, 2009 to December 8, 2009 at 10:00 a.m.

20     IT IS FURTHER ORDERED that the time is hereby excluded in accordance with the

21 provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) as the Court considers the proposed

22 plea agreement to be entered into by the defendant and attorney for the government.

23     SO ORDERED.

24
   DATED:10/5/09                    _____
25                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                    United States District Judge
26

*United States v. Adams*, CR 09-00165 SBA;
Amended Order continuing cop & sentencing         - 1 -